FILED'08 AUG 26 17:28USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| BEVERLY ANN DAVIS, | ) | CV 07-6210-KI |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Kathryn Tassinari
Drew L. Johnson, P.C.
1700 Valley River Drive, First Floor
Eugene, OR 97401

　　　　Attorney for Plaintiff

Karin J. Immergut
United States Attorney
Brittania I. Hobbs
Assistant United States Attorney
1000 SW Third Avenue, Ste 600
Portland Oregon 97204

Page 1 - JUDGMENT

Daphne Banay
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Ste 2900 M/S 901
Seattle Washington 98104

      Attorneys for Defendant

KING, District Judge:

      Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the

Commissioner is affirmed and this case is dismissed.

      Dated this ____ day of August, 2008.


                               _____
                                    Garr M. King
                                    United States District Judge